**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**(817) 770-8500**
**Fax (817) 770-8508**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO:20-40818-MXM** |
| **GARY G HOVNANIAN** | § | **Judge Mark X Mullin** |
| | § | |
| **DEBTOR** | § | **First Payment Date: 3/29/2020** |
| | § | |

---

### TRUSTEE'S SEVEN (7) DAY NOTICE OF INTENT TO CERTIFY
### CHAPTER 13 CASE FOR DISMISSAL
### (7 DAY NOI - NO SHOW AT 341 MEETING)

---

**Notice is HEREBY GIVEN** to the above named Debtor and to the Debtor's Attorney that on or after seven (7) days herefrom, the Trustee intends to certify the above numbered Chapter 13 case for Dismissal for the following reason(s):

Debtor failed to attend the Section 341 Meeting of Creditors held on April 22, 2020.

**FAILURE TO CURE ANY AND ALL OF THE DEFICIENCIES NOTED ABOVE WITHIN SEVEN (7) DAYS HEREOF SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE.**

**DISMISSAL WITHOUT FURTHER NOTICE**. Pursuant to General Order 2017-01 Section 3 d-1, a Chapter 13 Petition may be dismissed without prejudice, after seven (7) days prior written notice to the Debtor and Debtor's counsel, and without further notice. The clerk is authorized to enter an Order of Dismissal upon certification by the Trustee that:

d-1. The Debtor failed to attend the Section 341 Meeting of Creditors as required by Section 343 of the Bankruptcy Code (the "Section 341 Meeting") or any continued Section 341 Meeting which the Trustee required the Debtor to attend, without the agreement of the Trustee to continue the Section 341 Meeting.

/s/ Tim Truman

Tim Truman, Trustee/State Bar # 20258000

Case Number: 20-40818-MXM                                                    GARY G HOVNANIAN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Seven (7) Day Notice of Intent to Certify Chapter 13 Case for Dismissal" was served on the parties listed below in the manner listed below on or before April 28, 2020.

**BY FIRST CLASS MAIL:**

GARY G HOVNANIAN,  2845 FM 779,  MINEOLA, TX  75773-0000

**ELECTRONIC SERVICE:**

TRUMAN E COE LAW OFFICE, 13330 NOEL RD #339, DALLAS, TX  75240
SYNCHRONY BANK, C/O PRA RECEIVABLES MANAGEMENT, PO BOX 41021, NORFOLK, VA  23541
RITCHESON LAUFFER AND VINCENT, 821 ESE LOOP 323 STE 530, TYLER, TX  75701
RAS CRANE, 10700 ABBOTTS BRIDGE RD #170, DULUTH, GA  30097
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

/s/ Tim Truman

Tim Truman, Trustee/State Bar # 20258000